| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bright, Myron H. | 2. Court or Organization<br><br>U.S.C.A.--Eighth Circuit | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>655 First Avenue North<br>Suite 340<br>Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Legal Education Fund, Inc. |
| 2. Director | U.S. - Asia Law Institute |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10: 01 FINANCIAL DISCLOSURE OFFICE

Bright, Myron H.

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | National Institute for Trial Advocacy, Louisville, CO (royalties) | $981.00 |
| 2. 04/23/2009 | The Missouri Bar, Jefferson City, MO (teaching fee) | $675.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford University | January 15-16, 2009 | Palo Alto, California | Lecture | lodging |
| 2. | University of Cincinnati | April 3-5, 2009 | Cincinnati, Ohio | Moot Court Judge | transportation, meals, and lodging |
| 3. | The Missouri Bar | April 22-24, 2009 | St. Louis, Missouri | CLE Program | meals, lodging and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | A | Int./Div. | J | T | | | | | |
| 2.  --TD Ameritrade Money Market Deposit Account | | | | | | | | | |
| 3.  --ConocoPhillips Common Stock | | | | | | | | | |
| 4.  Brokerage Account #1 | | | | | | | | | |
| 5.  --Tamarack Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 6.  --American Funds: Capital Income Builder Fund | B | Dividend | L | T | Sold (part) | 12/28/09 | J | | |
| 7.  --Federated Investors: Muni & Stock Advantage Fund | B | Int./Div. | L | T | Sold (part) | 12/28/09 | J | | |
| 8.  --Pioneer Investments: AMT-Free Municipal Fund | B | Int./Div. | L | T | | | | | |
| 9.  --American Funds: Tax Exempt Bond Fund of Am. | A | Int./Div. | K | T | | | | | |
| 10.  --Duke Realty Corp. Common Stock | A | Dividend | | | Sold | 09/09/09 | J | | |
| 11.  --Idaho Housing & Finance: Sgl Family Mort.Rev.Bonds | A | Interest | J | T | | | | | |
| 12.  --UST Inc. Common Stock | A | Dividend | | | Sold | 01/06/09 | J | | |
| 13.  --Wells Fargo Capital Trust IV Common Stock | A | Interest | J | T | | | | | |
| 14.  --Barclays Global Investors: IShares Trust Index Fund | A | Dividend | | | Sold | 12/28/09 | J | | |
| 15.  --Investors Real Estate Trust Common Stock | A | Distribution | | | Sold | 09/09/09 | J | | |
| 16.  --USB Capital X Common Stock | A | Dividend | J | T | | | | | |
| 17.  --First Trust Advisors: Preferred Income Portfolio | A | Dividend | | | Sold | 08/25/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --First Trust Advisors: Inflation Hedge Series | A | Dividend | | | Buy | 06/17/09 | J | | |
| 19. | | | | | Sold | 09/25/09 | J | A | |
| 20. --First Trust Advisors: Capital Strength Portfolio | A | Dividend | J | T | Buy | 09/09/09 | J | | |
| 21. --First Trust Advisors: Canadian Energy & Income | B | Dividend | K | T | Buy | 05/21/09 | J | | |
| 22. --First Trust Advisors: Infrastructure Portfolio | A | Dividend | J | T | Buy | 02/12/09 | J | | |
| 23. --First Trust Advisors: Dividend & Income | B | Dividend | J | T | Buy | 07/21/09 | J | | |
| 24. --First Trust Advisors: Tax Advantaged Municipal | | None | K | T | Buy | 12/28/09 | K | | |
| 25. --First Trust Advisors: Senior Loan Plus | A | Dividend | J | T | Buy | 11/19/09 | J | | |
| 26. Trust #1 | D | Int./Div. | M | T | | | | | |
| 27. --Tamarack Prime Money Market Fund | | | | | | | | | |
| 28. --Grand Forks, ND: Refunding & Improvement Muni Bonds | | | | | | | | | |
| 29. --American Funds: Capital Income Builder Fund | | | | | | | | | |
| 30. --Franklin Templeton Inv.: Federal Tax Free Income Fund | | | | | | | | | |
| 31. --Franklin Templeton Inv.: H-Yield Tax Free Inc. Fund | | | | | | | | | |
| 32. --Franklin Templeton Inv.: Income Fund | B | Dividend | | | Sold | 12/28/09 | K | | |
| 33. --American Funds: Tax Exempt Bond Fund of Am. | | | | | | | | | |
| 34. --El Paso Corp. Common Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | --First Trust Advisors: Preferred Income Portfolio | | | | | | | | | |
| 36. | --Pioneer Investments: AMT Free Municipal Fund | | None | J | T | Buy | 12/28/09 | J | | |
| 37. | --First Trust Advisors: Tax Advantaged Municipal | | None | K | T | Buy | 12/28/09 | K | | |
| 38. | --First Trust Advisors: Senior Loan Plus | A | Dividend | J | T | Buy | 11/19/09 | J | | |
| 39. | State Bank & Trust Co. Savings Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature __

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544